IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELISSA L. WOODS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:20cv80-HSO-JCG** |
| | § | |
| **HANCOCK COUNTY MISSISSIPPI** | § | |
| **SHERIFF'S DEPARTMENT,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 9th day of July, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE